**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMELLO RANDLE, | Case No. 1:26-cv-01253 KES FJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE WITHIN 30 DAYS |
| v. | |
| CDCR, | |
| Defendant. | Docs. 7, 10 |

Ramello Randle seeks to proceed in forma pauperis in his action, in which Randle asserts that he suffered violations of his civil rights while incarcerated at North Kern State Prison and Kern Valley State Prison. *See generally* Docs. 1, 7. The magistrate judge found Randle is subject to the "three strikes bar" pursuant to 28 U.S.C. § 1915(g) and the allegations in the complaint do not satisfy the imminent danger exception. Doc. 10 at 1-3. The magistrate judge recommended that the Court deny the application to proceed in forma pauperis and direct Randle to pay the filing fee. *Id.* at 3.

On March 25, 2026, the Court served the findings and recommendations Randle and notified him that any objections were due within 14 days. Doc. 10 at 4. The Court also informed Randle that failure to file timely objections may result in the waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). Randle did not file objections, and the time to do so expired.

1

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the entire case, the Court concludes the findings and recommendations are supported by the record and proper analysis.  The Court **ORDERS**:

    1.     The findings and recommendations issued on March 25, 2025 (Doc. 10) are **ADOPTED** in full.

    2.     Plaintiff's application to proceed *in forma pauperis* (Doc. 7) is **DENIED**.

    3.     Plaintiff **SHALL** pay the $405.00 filing fee in full to proceed with this action <u>within thirty (30) days</u> following the date of service of this order.

**<u>Failure to pay the filing fee within the specified time will result in dismissal of this action without further notice.</u>**

IT IS SO ORDERED.

Dated:   April 28, 2026

                              UNITED STATES DISTRICT JUDGE